(No. 77-CC-0598—

MARKET PLACE CURRENCY EXCHANGE, Claimant, *v.* STATE OF ILLINOIS, Respondent.

*Opinion filed November 29, 1978.*

This matter comes before the Court upon Respondent's motion to dismiss and Claimant's objections to said motion.

Motion to dismiss is hereby denied and an award is entered in the amount of $98.00 on behalf of Claimant.